## TRUSTEE'S CONFIRMATION REPORT – 12/8/16

**DEBTOR:** Adrian D. Clements  **CASE NO. 16-20951-PRW**
**ATTORNEY:** George Mitris, Esq.  **ATTORNEY FEES:** $3,800
  Additional Attorney Fees: $

I. **TRUSTEE RECOMMENDATION:** _____ Plan Recommended   **X** Plan Not Recommended

II. **PLAN FILED DATE:** 8/25/16 (ECF BK No. 2)

   A. **PAYMENTS:** $170  per weekly wage order

   B. **REPAYMENT:**
   | | | |
   |---|---|---|
   | To secured creditors | $20,060 | with interest $24,698 |
   | To priority creditors | $46,949 | |
   | To unsecured creditors | $0 | est. % |
   | General unsecured debt | $316,830 | |
   | Duration of Plan | 5+ | years |
   | Total Scheduled Debt | $347,729 | incl. mortgages |

   C. **FEASIBILITY:**
   | | | | |
   |---|---|---|---|
   | Monthly Income | $2,379 | (net) $3,575 | (gross) |
   | Less Estimated Expenses | $1,643 | | |
   | Excess for Wage Plan | $736 | | |

   D. **OBJECTIONS to Confirmation:**
   Wells Fargo – The valuation of their collateral.
     ECF BK No. 34.

   Trustee –
     The plan cannot be completed in five years. The debtor
     was advised to amend the plan in the tasklist filed with
     the Court on September 20, 2016. ECF BK No. 30.
     Nothing has been done. This delay is unreasonable and
     cause for denial of confirmation.

   E. **Other comments:**
   ☐ risk factor 3 because of prior bankruptcies
   ☐ need judgments removed                      ☐ need mortgages eliminated
   ☐ need appraisals of real estate and personal property   ☐ need motions to value collateral
   ☐ need certification of post petition DSO payments.      ☐ need proof of surrender efforts
   ☒ other: The term of the plan starts with confirmation. Plan payments made prior to that
       date will be added to the plan.

- 1 -
Case 2-16-20951-PRW    Doc 42    Filed 12/13/16    Entered 12/13/16 14:14:24    Desc Main
                    Document      Page 1 of 3

III. TREATMENT OF SECURED CLAIMS/LEASE ARREARS: [Interest rate unless otherwise stated:    %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| ATF | $6,433.49 + 18% | R/P Taxes | Yes | Full + 18% | $232 |
| ATF | $1,049.39 + 12% | R/P Taxes | Yes | Full + 12% | $24 |
| ATF | $8,978.06 + 0% | R/P Taxes | Yes | Full + 0% | $150 |
| NYS Tax | POC =0 | Tax Lien | ? | ($5,000 + 7.5%) | $101 |
| Wells Fargo | $3,370.53 | '03 Jeep | Yes | $1,800 + 6.5% | $35 |
| Americredit | No Claim | '01 Stratus | Yes | $800 + 6.5% | $15 |
| Monroe Co. Treas. | No Claim | R/P Taxes | Yes | $1,000 + 18% | $26 |
| IRS | $133,146.33 | Tax Lien | Yes | None | |

IV. SPECIAL PLAN PROVISIONS:

    A. CLASSIFICATION of unsecured creditors: *Not applicable*
        Class 1:    %  $
        Class 2:    %  $
        Class 3    %  $

    B. Rejection of executory contracts:

    C. Other Plan Provisions:


V. BEST INTEREST TEST:
    A. All assets were listed.
    B. Total market value of assets:    $ 22,929
        Less valid liens    $ 19,340
        Less exempt property    $ 3,589
        (Available for judgment liens )
        Subtotal    $ 0
        Less est. Chapter 7 fees    $ 0
    C. Total available in liquidation    $ 0
    D. Best interests including present value    $ 0
        Less priority claims    $ 46,949
        (Support $    )
    E. Amount due to unsecured    $ 0
    F. Amount to be distributed to unsecured creditors    $ 0

    G. Nature of major non-exempt assets:

VI. OTHER:
    A.     Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B.     Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C.     (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D.     Debtor requests no wage order because: _____ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
    E.     Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE